1  McGREGOR W. SCOTT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO.  1:12-CR-00294-LJO-BAM

12                         Plaintiff,         STIPULATION AND ORDER REGARDNG
                                              STATUS CONFERENCE
13              v.
                                              DATE: September 1, 2020
14  VINCENT CRUZ-MAESTAS,                     TIME: 2:00 p.m.
                                              COURT: Hon. Barbara A. McAuliffe
15                         Defendant.

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on September 1, 2020.

21       2.      By this stipulation, initiated by the defense, the parties stipulate that the status conference

22  may be continued to September 29, 2020, to allow time for defense review of the discovery and

23  settlement discussions.

24       IT IS SO STIPULATED.

25

26

27

28

                                            1

Dated:  August 26, 2020

MᴄGREGOR W. SCOTT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  August 26, 2020

/s/ VICTOR M. CHAVEZ
VICTOR M. CHAVEZ
Counsel for Defendant
Vincent Cruz-Maestas


### **O R D E R**

IT IS SO ORDERED that the status conference currently scheduled for September 1, 2020, at 2:00 p.m. be continued to **September 29, 2020, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.**

IT IS SO ORDERED.

Dated:   **August 26, 2020**          /s/ *Barbara A. McAuliffe*          _
                                  UNITED STATES MAGISTRATE JUDGE

2