McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT CRUZ-MAESTAS,<br><br>Defendant. | CASE NO. 1:12-CR-00294-LJO<br><br>STIPULATION AND ORDER REGARDNG STATUS CONFERENCE<br><br>DATE: September 29, 2020<br>TIME: 2:00 P.M.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 29, 2020.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to November 2, 2020, to allow time for defense review of the discovery and settlement discussions.

IT IS SO STIPULATED.

1

Dated:  September 23, 2020            McGREGOR W. SCOTT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  September 23, 2020            /s/ VICTOR M. CHAVEZ
VICTOR M. CHAVEZ
Counsel for Defendant
Vincent Cruz-Maestas

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until November 2, 2020, at 2:00 pm before the Magistrate Judge.

IT IS SO ORDERED.

Dated:  **September 23, 2020**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2